Michael A. Barcott
HOLMES WEDDLE & BARCOTT, P.C.
3101 Western Ave, Suite 500
Seattle, WA 98121
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
Email: mbarcott@hwb-law.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| AESIR, LLC, an Alaska corporation<br><br>Plaintiff,<br><br>v.<br><br>PISTON & RUDDER SERVICE, INC., an Alaska corporation,<br><br>Defendant. | *In Admiralty*<br><br>CASE NO. _____<br><br>**COMPLAINT** |

COMES NOW the Plaintiff, AESIR, LLC, and sets forth its Complaint against defendant Piston & Rudder Service, Inc., its agents and representatives seeking relief for the Defendant's negligence and breach of contract, by stating and alleging as follows:

### I. PARTIES, JURISDICTION, AND VENUE

1. At all pertinent times, Plaintiff AESIR, LLC was, and still is, a corporation organized and existing under the laws of the State of Alaska with its principal place of business in Petersburg, Alaska.

2. At all pertinent times, upon information and belief, Defendant Piston & Rudder Service, Inc., was, and still is, a corporation organized and existing under the laws of the State of Alaska with its principal place of business in Petersburg, Alaska.

3. This is an action within the admiralty and maritime jurisdiction of this Court, pursuant to 28 U.S.C. § 1333, and is an admiralty and maritime claim within the meaning of Federal Rule of Civil Procedure 9(h).

4. Venue in this Court is proper under 28 U.S.C. § 1391 since a defendant resides in Petersburg, Alaska and since a substantial part of the events giving rise to this claim occurred in Petersburg, Alaska.

## II. FACTUAL ALLEGATIONS

5. Plaintiff AESIR, LLC is the owner of the F/V JODI MARIE (hereinafter "the vessel").

6. Plaintiff and Defendant enter into an oral contract for repairs to be performed aboard the vessel.

7. On or about October 1, 2018, a fire occurred aboard the vessel while it was moored to Defendant's service dock and while Defendant's employees were performing welding work aboard the vessel (hereinafter "the fire").

8. On or about October 1, 2018, around 4:45 pm, Plaintiff received a telephone call from one of Defendant's employees performing welding work aboard the vessel. Defendant's employee told Plaintiff that the vessel sustained damages due to a fire that occurred when Defendant's employees were attempting to remove an existing exhaust pipe from the uptake cowling with an oxygen/acetylene cutting torch.

9. As a result of the fire, Plaintiff has incurred significant damages in excess of $150,000, and has lost fishing revenues which it otherwise would have obtained if not for the fire on October 1, 2018.

## III. FIRST CAUSE OF ACTION – NEGLIGENCE

10. Plaintiff reasserts all facts and allegations as if fully set forth herein.

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

11. Plaintiff contend that on the occasion in question, Defendant Piston & Rudder Service, Inc., acting through its officers, agents, servants and/or employees, was careless and negligent in breach of the duty owed to Plaintiff.

12. Defendant Piston & Rudder Service, Inc., was careless and negligent in the following respects:

    a. In failing to properly secure the machinery area of the vessel from cutting fragments falling below the deck level;

    b. In failing to provide adequate fire watch on the vessel;

    c. In failing to provide a competent employee and/or contractor to perform the relevant repairs;

    d. In failing to provide adequate training and supervision;

    e. In failing to maintain and enforce proper safety policies and procedures aboard the vessel while performing the repair work;

    f. Other acts of negligence as proven at the time of trial.

13. These negligent acts caused the fire to occur aboard the vessel, and caused Plaintiff to incur significant damages.

### IV. SECOND CAUSE OF ACTION – BREACH OF CONTRACT

14. Plaintiff reasserts all facts and allegations as if fully set forth herein.

15. The duty of workmanlike performance is imposed as a matter of law upon a service provider – in Alaska it is imposed as an implied covenant to the service contract and as an implied warranty.

16. By its failure to perform the repair contract between the parties in a non-negligent fashion, Defendant Piston & Rudder Service, Inc. has breached its implied duty to Plaintiff to perform the contracted vessel repairs in a "fit and workmanlike manner."

COMPLAINT
*AESIR, LLC v. Piston & Rudder Service, Inc.*
Case No. _____ - Page 3 of 4

17. This breach of contract caused the fire to occur aboard the vessel, and caused Plaintiff to incur significant damages.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that the Court declare and award as follows:

1. That judgment be entered in favor of Plaintiff in the amount of all damages caused by Defendant's conduct as alleged above;

2. For any and all revenues Plaintiff was not able to earn fishing for the period of time the Vessel was inoperable;

3. For any and all additional expenses incurred by Plaintiff resulting from the damaged vessel;

4. For pre-judgment and post-judgment interest;

5. For all costs and attorney's fees Plaintiff incurs in this action;

6. For all other such relief that the court deems fair and equitable.

DATED this 25th day of January, 2021.

HOLMES WEDDLE & BARCOTT, P.C.

_____
Michael A. Barcott, ABA #7705005
3101 Western Ave, Suite 500
Seattle, WA 98121
Phone: 206-292-8008
Fax: 206-340-0289
Email: mbarcott@hwb-law.com
Attorney for Plaintiff

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289